# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE EMILIO SILVA,
          Appellant,
                    vs.
THE STATE OF NEVADA,
          Respondent.

No. 74579

**FILED**

FEB 1 2 2018



BY _____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Appellant filed a notice of appeal on November 9, 2017. The notice of appeal fails to identify any decisions of the district court. Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeals and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                                        Stiglich

cc:     Hon. Tierra Danielle Jones, District Judge
        Jose Emilio Silva
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

18-05633